| | |
|---|---|
| **KJC LAW GROUP, A.P.C.**<br>Kevin J. Cole (SBN 321555)<br> *kevin@kjclawgroup.com*<br>9701 Wilshire Blvd., Suite 1000<br>Beverly Hills, CA 90212<br>Telephone:    (310) 861-7797<br><br>**TAULER SMITH, LLP**<br>Robert Tauler (SBN 241964)<br> *rtauler@taulersmith.com*<br>626 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90017<br>Telephone:    (310) 590-3927<br><br>Attorneys for Plaintiff<br>*Sheri Moyer* | **CROWELL & MORING LLP**<br>Jennifer S. Romano (SBN 195953)<br> *JRomano@crowell.com*<br>Raija Horstman (SBN 277301)<br> *rhorstman@crowell.com*<br>515 South Flower Street, 40th Floor<br>Los Angeles, CA 90071<br>Telephone:    (213) 622-4750<br><br>Attorneys for Defendant<br>*Chegg, Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| SHERI MOYER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEGG, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 4:22-cv-09123-JSW<br><br>**JOINT STIPULATION OF DISMISSAL OF CASE (WITH PREJUDICE)**<br><br>Hon. Jeffrey S. White<br><br>Date Action Filed: 12/27/22 |

The parties to this action, acting through counsel, hereby stipulate to the dismissal with prejudice of this action, including all claims against Defendant, with each party to bear its own attorneys' fees and costs.

Dated: October 18, 2023                     KJC LAW GROUP, A.P.C.

                                                                     */s/ Kevin J. Cole*
                                                          By:   Kevin J. Cole
                                                                 Attorneys for Plaintiff
                                                                 Sheri Moyer

Dated: October 18, 2023                     TAULER SMITH, LLP

                                                                  */s/ Robert Tauler*
                                                          By:   Robert Tauler
                                                                 Attorneys for Plaintiff
                                                                 Sheri Moyer

Dated: October 18, 2023                     CROWELL & MORING LLP

                                                               */s/ Raija Horstman*
                                                          By:   Jennifer S. Romano
                                                                Raija Horstman
                                                                 Attorneys for Defendant
                                                                Chegg, Inc.

**CERTIFICATE OF ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) of the United States District Court for the Northern District of California regarding signatures, I attest that concurrence in the filing of the document has been obtained from the other signatories.

*/s/ Kevin J. Cole*
Kevin J. Cole